UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2004 NOV 12  P 12: 56

USA

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES, INDEX AND _1 Vol_ VOLUMES OF ORIGINAL RECORD.
DATE: 11/15/04

VS.

CV. NO. 3:02 cr 308 (JCH)

USCA NO.  03-1415

Wayne L. Sinclair

### INDEX TO THE RECORD ON APPEAL