UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

v.

WAYNE SINCLAIR,
Defendant.

NO. 3:02 CR 00308 (JCH)

July 8, 2005

**MEMORANDUM IN SUPPORT OF
DEFENDANT'S MOTION FOR EXTENSION OF TIME**

The defendant has requested that the time for simultaneous filings with respect to re-sentencing be continued until August 5, 2005. This memorandum is submitted in response.

This case has been remanded to the district court for further consideration of the sentencing in light of United States v. Booker, 125 S.Ct. 738 (2005), and United States v. Crosby, 397 F.3d 103 (2d Cir. 2005). The Court has ordered that simultaneous memoranda concerning the sentencing be submitted on July 15, 2005. An extension of time is necessary because, as the Court is aware, Mr. Sinclair has played a very active role in the litigation, filing memoranda in the district court and supplemental briefs in the Supreme Court. Mr. Sinclair is incarcerated at Fort Dix, New Jersey and so he and counsel have no opportunity for face-to-face discussions: written suggestions from Mr. Sinclair must be transmitted by mail. Mr. Sinclair is incarcerated, serving the sentence imposed in this case. An extension of time will allow for the preparation of a thoughtful and thorough memorandum.

2

The undersigned has discussed this matter with AUSA Stephen Reynolds, who does not oppose its being granted.

Respectfully submitted,

JEREMIAH DONOVAN
123 Elm Street--Unit 400
P.O. Box 554
Old Saybrook, CT 06475
(860) 388-3750
FAX 388-3181
Juris no. 305346
Fed.bar.no. CT 03536

### CERTIFICATION

This is to certify that on this July 8, 2005, a copy of the above and foregoing Motion for Extension and Memorandum in Support was sent first class mail, postage pre-paid, to the following:

Mr. Stephen Reynolds
Assistant United States Attorney
United States Attorney's Office, Bridgeport
915 Lafayette Boulevard
Bridgeport, CT 06604

Jeremiah Donovan