

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : NO. 3:02 CR 00308 (JCH) |
| WAYNE SINCLAIR,<br>　　　　Defendant. | :<br>: July 8, 2005 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

For the reasons set forth in the accompanying memorandum, the defendant requests that the time for simultaneous filings with respect to re-sentencing be continued until August 5, 2005.

Respectfully submitted,

JEREMIAH DONOVAN
123 Elm Street--Unit 400
P.O. Box 554
Old Saybrook, CT 06475
(860) 388-3750
FAX 388-3181
Juris no. 305346
Fed.bar.no. CT 03536

### [PROPOSED] ORDER

The motion set forth above having been duly considered, it is hereby GRANTED / ~~DENIED~~

JANET B. HALL
UNITED STATES DISTRICT JUDGE

JEREMIAH DONOVAN • ATTORNEY AT LAW • POST OFFICE BOX 554 • OLD SAYBROOK CT 06475 • (203) 388-3750 • JURIS NO. 305346