Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

District of Connecticut

United States
v.
Wayne Sinclair

Docket No.: 3:02-cr-308 (JCH)

Janet C. Hall (USDJ)
(District Court Judge)

Notice is hereby given that Wayne Sinclair appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ✓ ], other [ ✓ ] Ruling Re: Resentencing
(specify)

entered in this action on June 27, 2003, December 9, 2005
(date)

Offense occurred after November 1, 1987    Yes [ ✓ ]    No [ ___ ]

This appeal concerns: Conviction only [ ✓ ]    Sentence only [ ___ ]    Conviction and Sentence [ ___ ]

Date 12/13/05
TO AUSA Steven Reynolds
915 Lafayette Blvd.
Bridgeport, CT 06604

Jeremiah Donovan
(Counsel for Appellant)
Address PO Box 554
Old Saybrook, CT 06475

Telephone Number: (860) 388-3750

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ___ ] I am ordering a transcript<br>[ ✓ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ✓ ] Other. Attach explanation already received | Prepare transcript of<br>[ ___ ] Prepare proceedings<br>[ ___ ] Trial<br>[ ___ ] Sentencing<br>[ ___ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [ ___ ] Funds [ ___ ]    CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE  Jeremiah Donovan     DATE 12/13/05

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05

# JEREMIAH DONOVAN
ATTORNEY AT LAW
123 Elm Street, Unit 400
Post Office Box 554
Old Saybrook, Connecticut 06475

ALSO ADMITTED IN NEW YORK

(860) 388-3750
FAX 388-3181

December 13, 2005

Clerk
United States District Court
141 Church Street
New Haven, CT 06510

      Re:  United States v. Wayne Sinclair
           D. Conn. docket no. 3:02-cr-308 (JCH)
           Second Circuit docket no. 03-1415-cr

Dear sirs and madams:

    Enclosed is a notice of appeal in the above-captioned case.

    This is a case that was on appeal when the decision in United States v. Booker, 125 S.Ct. 738 (2005) was announced. It was remanded to the district court pursuant to United States v. Crosby, 397 F.3d 103 (2d Cir. 2005). On December 9, 2005, Judge Hall ruled that there was no reason to order a re-sentencing because, if one were ordered, the sentence imposed would be identical to the original sentence.

    This appeal is taken in order to reinstate the appeal. Prior to the Crosby remand, the Court of Appeals had affirmed the judgment in a summary order filed December 22, 2004. We had filed a timely petition for rehearing and rehearing en banc on January 3, 2005. That petition was pending at the time of the Crosby remand. With this appeal, I believe, we shall return to the procedural position that we were in prior to the remand: i.e., the petition for rehearing and rehearing en banc will now be considered and ruled upon in due course.

    When this appeal is docketed and transmitted to the Court of Appeals, I hope you will convey this procedural information, and we have also sought to convey it by sending a copy of this letter

page 2

and notice of appeal.

Thanks for your assistance in this and so many past matters.

Sincerely yours,

JEREMIAH DONOVAN

cc: Clerk, 2d Cir.
    AUSA Reynolds
    Mr. Sinclair