MANDATE

FILED

COHN. (NEW HAVEN)
02-CR-308
HALL

03-1415
United States v. Sinclair

2007 MAY 18 P 2: 52

U.S.
...URT
...CT

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

AMENDED SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 0.23 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV), THE PARTY CITING THE SUMMARY ORDER MUST FILE AND SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED. IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of April, two thousand seven.

PRESENT:

    Hon. John M. Walker, Jr.,
    Hon. Robert D. Sack,
    Hon. Peter W. Hall,
        Circuit Judges.

UNITED STATES COURT OF APPEALS
FILED
APR 18 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

-----------------------------------X
UNITED STATES OF AMERICA,

        Appellee,

    - v. -

WAYNE L. SINCLAIR,
        Defendant-Appellant.
-----------------------------------X

No. 03-1415-cr

APPEARING FOR APPELLANT:    JEREMIAH DONOVAN, Old Saybrook, CT.

                              WAYNE L. SINCLAIR, pro se, Fort Dix, NJ.

- ISSUED AS MANDATE: 5-2-07 -

| | | |
|---|---|---|
| 1 | APPEARING FOR APPELLEE: | STEPHEN B. REYNOLDS, Assistant United States Attorney (Kevin J. O'Connor, United States Attorney, District of Connecticut, and William J. Nardini, Assistant United States Attorney, <u>on the brief</u>), Bridgeport, CT. |

UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the order of the court is hereby AMENDED.

The order of the court filed December 22, 2004, and reported at 119 Fed. Appx. 304 (2d Cir. 2004), is hereby amended as follows:

On page 4, replace lines 22-44 with the following:

The district court properly held that the entry of the removal order in Sinclair's case was not fundamentally unfair. Whether or not the district court should have relied upon information from the Federal Bureau of Prisons and the United States Probation Office in determining the length of Sinclair's sentence, the district court explicitly found, and we agree, that "rely[ing] exclusively on the court judgment from August 26, 1988, it is clear that the defendant . . . [was] ineligible for section 212(c) relief" because he had served a prison sentence of longer than five years.[1]

---

[1] Moreover, unlike in <u>United States v. Perez</u>, Sinclair has not shown that he "could have made a strong showing in support of his application for [§ 212(c)] relief." 330 F.3d 97, 102 (2d Cir. 2003) (internal quotation marks omitted); <u>see</u> <u>also</u> <u>United States v. Copeland</u>, 376 F.3d 61, 73 (2d Cir. 2004) ("[P]rejudice is shown where there is a reasonable probability that, but for the . . . errors, the alien would have been granted Section 212(c) relief."). While the record on this score is incomplete, it appears unlikely that Sinclair would have obtained a favorable exercise of discretion, since he was convicted of two drug offenses, for each of which he was sentenced to eight years imprisonment. <u>Cf.</u> <u>Copeland</u>, 376 F.3d at 74 ("Where . . . an alien is deportable by reason of two narcotics convictions, the alien must make a showing of unusual or outstanding countervailing equities to obtain a waiver of deportation.") (internal quotation marks omitted).

2

```
1                    FOR THE COURT:
2                    Thomas Asreen, Acting Clerk
3
4
5                    By: /s/ Oliva M. George

6                    Oliva M. George, Deputy Clerk
```

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by _____
          DEPUTY CLERK

```
                                                    COLN. (NEW HAVEN)
                                                    02-CR-308
                                                    HALL
                                        FILED

    03-1415
    United States v. Sinclair           2007 MAY 18 P 2: 53

1                UNITED STATES COURT OF APPEALS
2                  FOR THE SECOND CIRCUIT  U.S.           URT

3                       AMENDED SUMMARY ORDER

4  RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS
5  FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE
6  0.23 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A
7  LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST
8  ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION:
9  "(SUMMARY ORDER)." UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE
10 WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT
11 HTTP://WWW.CA2.USCOURTS.GOV), THE PARTY CITING THE SUMMARY ORDER MUST FILE AND SERVE A
12 COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED.
13 IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE
14 CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN
15 WHICH THE ORDER WAS ENTERED.
16
17        At a stated term of the United States Court of Appeals
18   for the Second Circuit, held at the Daniel Patrick Moynihan
19   United States Courthouse, 500 Pearl Street, in the City of
20   New York, on the 18th day of April, two thousand seven.
21
22   PRESENT:
23
24        Hon. John M. Walker, Jr.,
25        Hon. Robert D. Sack,
26        Hon. Peter W. Hall,
27               Circuit Judges
28
29   -----------------------------------
30   UNITED STATES OF AMERICA,
31
32                              Appellee,
33
34        - v. -
35                                          No. 03-1415-cr
36   WAYNE L. SINCLAIR,
37
38                        Defendant-Appellant.
39
40   -----------------------------------x
41
42   APPEARING FOR APPELLANT:    JEREMIAH DONOVAN, Old Saybrook,
                                 CT.

                                 WAYNE L. SINCLAIR, pro se, Fort
                                 Dix, NJ.
43
```

[Stamps: "THE MANDATE, CONSISTING OF ITEMS BELOW, HAS BEEN RECEIVED ( ) OPINION ( ) STATEMENT OF COSTS ( ) ORDER   DATE: ___ RECEIVED BY: ___ RETURN TO CIVIL TEAM"]

[Seal: UNITED STATES COURT OF APPEALS FILED APR 18 2007 Thomas Asreen, Acting Clerk SECOND CIRCUIT]