**MANDATE**

Conn. (New Haven)
02-cr-308
Hall

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA,
   Appellee,

v.

WAYNE L. SINCLAIR,
   Defendant-appellant.

DOCKET NO. 05-6987-CR

UNITED STATES COURT OF APPEALS
FILED
AUG 22 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

## STIPULATION FOR VOLUNTARY DISMISSAL

The defendant Wayne L. Sinclair, after consultation with his attorney, hereby stipulates with the United States, acting by and through the undersigned Assistant United States Attorney, for a voluntary dismissal of the appeal, each side to bear its own costs. This appeal was taken after our original appeal, 03-1415-cr, was remanded pursuant to *Booker/Crosby*. The purpose of this appeal was to make sure that our petition for rehearing in the original appeal (which had been rendered moot when the case was remanded), was considered and acted upon. Following the district court's action on the remand, the appeal in 03-1415 was reinstated and the petition for rehearing was considered and denied, thus rendering this appeal moot and giving rise to this stipulation.

STEPHEN B. REYNOLDS
Assistant United States Attorney
141 Church Street
New Haven, CT 06508
(203) 821-3700

So ordered
FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by Molly A. Guptill
Molly A. Guptill, Acting Motions Staff Attorney

JEREMIAH DONOVAN
123 Elm Street--Unit 400
P.O. Box 554
Old Saybrook, CT 06475
(860) 388-3750
FAX 388-3181
Juris no. 305346
Fed.bar.no. CT 03536

WILLIAM L. SINCLAIR
WAYNE

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by DEPUTY CLERK

CERTIFIED: 9-12-07

P.O. BOX 554 • OLD SAYBROOK CT 06475 • (203) 388-3750 • JURIS NO. 305346